IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20894
_____

BERNARD JOHNSON INC; ET AL,

Plaintiffs,

BERNARD JOHNSON INC,

Plaintiff - Counter Defendant - Appellee,

versus

LAVINA S HASSON dba L S INVESTMENTS; ET AL

Defendants,

THEODORE A HASSON

Defendant - Counter Plaintiff and
Third Party Plaintiff - Appellant,

versus

JOHN H POLK; EDWARD MIKE DAVIS; MICHAEL D HARRIS;
RAYMOND MARTIN; GREGG YOUNG; PETER LOTZ; DAVID
BLASCHKE; FRANK MOON,

Third Party Defendants - Appellees.

_____

Appeal from the United States District Court
For the Southern District of Texas
(H-93-CV-1988)
_____

December 8, 1997

Before HIGGINBOTHAM and STEWART, Circuit Judges, and WALTER[*],
District Judge.

PER CURIAM:

_____

[*] District Judge of the Western District of Louisiana,
sitting by designation.

AFFIRMED.  See Local Rule 47.6.[**]

---

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.